UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

In re:

Jonathan M Czegledi,                                              Chapter 7

                                                                                              Case no:

                Debtor.

---------------------------------------------X

### **DEBTOR'S DECLARATION OF PAY ADVICE**

I, Jonathan M Czegledi, declares under penalty of perjury as follows:

1. I am the Debtor in the above referenced case. I did not receive any pay advices in the 60 days prior to filing my bankruptcy petition.

2. I submit this declaration in lieu of a payment advices.


Dated: New York, April 9, 2025

                                                          */s/ Jonathan M Czegledi*

                                                            Jonathan M Czegledi